IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03107

LIGGETT GROUP LLC, VECTOR TOBACCO INC., and XCALIBER INTERNATIONAL LTD., LLC,

Plaintiffs,

v.

STATE OF COLORADO, by and through JARED S. POLIS, in his official capacity as Governor of Colorado, PHILIP J. WEISER, in his official capacity as Attorney General of Colorado, and the LEGISLATIVE COUNCIL of the COLORADO GENERAL ASSEMBLY,

Defendants.

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily dismissed as against the Legislative Council of the Colorado General Assembly, without prejudice.

KASOWITZ BENSON TORRES LLP

By:      /s/ Marc E. Kasowitz
     Marc E. Kasowitz
     Daniel R. Benson
     Leonard A. Feiwus
     Deva Roberts

1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
Email: lfeiwus@kasowitz.com

Maria Gorecki
KASOWITZ BENSON TORRES LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
Email: mgorecki@kasowitz.com

       -and-

Jon Anderson
MAVEN LAW GROUP
1800 Glenarm Place, Suite 950
Denver, CO 80202
Phone: 303-218-7141
Email: janderson@mavenlawgroup.com

*Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

   I hereby certify that on this 19th day of November 2020 a true and correct copy of the foregoing was served via CM/ECF and via email, with the recipients' consent, upon:

Terry Gill, Acting Deputy Attorney General
Office of the Attorney General, Revenue & Utilities Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, Colorado 80203
(720) 508-6356 Direct
(720) 467-0582 Cell
Terry.gill@coag.gov

Russell D. Johnson, Assistant Solicitor General/Sr. AAG
Colorado Department of Law, Revenue & Utilities Section
1300 Broadway, 8th Floor
Denver, Colorado 80203
Phone: (720) 508-6351
russell.johnson@coag.gov

Ben Kapnik, Assistant Attorney General
Colorado Department of Law
1300 Broadway, 8th floor
Denver, Colorado 80203
(720) 508-6369
Ben.kapnik@coag.gov

Maureen Reidy Witt
Holland & Hart LLP
555 Seventeenth St., Suite 3200
Denver, CO 80202
(720) 220-3791
MWitt@hollandhart.com

Sharon Eubanks
Office of Legislative Legal Services
200 E Colfax Ave Rm 091
Denver, CO 80203-1716
(303) 866-2045
Sharon.Eubanks@state.co.us

            By:   /s/ Marc E. Kasowitz
                Marc E. Kasowitz