AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | ) |
|---|---|
| Jennifer Ann Smith, a citizen and taxpayer of the State of Colorado, Liggett Group LLC, Vector Tobacco Inc., and Xcaliber International Ltd., LLC, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20-cv-03107 |
| State of Colorado, by and through Jared S. Polis, in his official capacity as Governor of Colorado, Philip J. Weiser, in his official capacity as Attorney General of Colorado, and Heidi Humphreys, in her official capacity as Interim Executive Director of the Colorado Department of Revenue | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Heidi Humphreys, in her official capacity as
Interim Executive Director of the Colorado Department of Revenue
c/o Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Leonard A. Feiwus
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*