**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03107

JENNIFER ANN SMITH, a citizen and taxpayer of
the State of Colorado, LIGGETT GROUP LLC,
VECTOR TOBACCO INC., and XCALIBER
INTERNATIONAL LTD., LLC,

Plaintiffs,

v.

STATE OF COLORADO, by and through JARED S.
POLIS, in his official capacity as Governor of
Colorado, PHILIP J. WEISER, in his official capacity
as Attorney General of Colorado, and HEIDI
HUMPHREYS, in her official capacity as Interim
Executive Director of the Colorado Department of
Revenue,

Defendants.

---

**NOTICE OF FILING AMENDED COMPLAINT**

---

Pursuant to D.C.COLO.LCivR 15.1(a), a copy of Plaintiffs' Amended Complaint, filed as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B), which strikes through deleted text and underlines added text, is attached hereto.

KASOWITZ BENSON TORRES LLP

By:  ⎯⎯⎯/s/ Marc E. Kasowitz⎯⎯⎯
      Marc E. Kasowitz
      Daniel R. Benson
      Leonard A. Feiwus
      Deva Roberts

1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
Email:  mkasowitz@kasowitz.com

Maria Gorecki
KASOWITZ BENSON TORRES LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
Email:  mgorecki@kasowitz.com

      -and-

Jon Anderson
MAVEN LAW GROUP
1800 Glenarm Place, Suite 950
Denver, CO 80202
Phone: 303-218-7141
Email: janderson@mavenlawgroup.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2020 a true and correct copy of the foregoing **NOTICE OF FILING AMENDED COMPLAINT** was served via CM/ECF and via email, with the recipients' consent, upon:

Terry Gill, Acting Deputy Attorney General
Office of the Attorney General, Revenue & Utilities Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, Colorado 80203
(720) 508-6356 Direct
(720) 467-0582 Cell
Terry.gill@coag.gov

Russell D. Johnson, Assistant Solicitor General/Sr. AAG
Colorado Department of Law, Revenue & Utilities Section
1300 Broadway, 8th Floor
Denver, Colorado 80203
Phone: (720) 508-6351
russell.johnson@coag.gov

Ben Kapnik, Assistant Attorney General
Colorado Department of Law
1300 Broadway, 8th floor
Denver, Colorado 80203
(720) 508-6369
Ben.kapnik@coag.gov

By:     /s/ Marc E. Kasowitz
        Marc E. Kasowitz