IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03107

JENNIFER ANN SMITH, a citizen and taxpayer of
the State of Colorado, LIGGETT GROUP LLC,
VECTOR TOBACCO INC., and XCALIBER
INTERNATIONAL LTD., LLC,

Plaintiffs,

v.

STATE OF COLORADO, by and through JARED S.
POLIS, in his official capacity as Governor of
Colorado, and PHILIP J. WEISER, in his official
capacity as Attorney General of Colorado,

Defendants.

## DECLARATION OF DERRICK TAYLOR

I, Derrick Taylor, declare as follows:

1. I am the CEO of Xcaliber International Ltd., LLC ("Xcaliber"), a plaintiff in this action.

2. I have been employed by Xcaliber since 2010, and I have held my current position since 2018. I am familiar with Xcaliber's organization and business operations.

3. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction of Section 10 of HB20-1427 ("Section 10").

### I. Xcaliber's Market Share

4. Xcaliber is a company based in Pryor, Oklahoma, that manufactures and sells cigarettes in the United States as a discount cigarette manufacturer in the "deep" discount market.

1

5. Xcaliber competes in the Colorado market on the basis of price.

6. Because Xcaliber sells its products at a deep discount, it maintains a very thin profit margin per pack of cigarettes sold.

7. In Colorado, Xcaliber primarily sells two discount cigarette brands: Edgefield and Echo, though in-state distributors and retailers. Over the last year, the Edgefield brand accounted for more than 91% of Xcaliber's sales in Colorado.

8. Xcaliber sells cartons of cigarettes, each containing ten (10) packs of cigarettes, to distributors, who then sell those cartons to retailers in the state of Colorado and around the United States. The cartons are sold at a nationally-set Manufacturer's Listing Price ("MLP"). The MLP for a carton of Echo brand cigarettes is $30.20, and the MLP for a carton of Edgefield brand cigarettes is $20.75.

9. Xcaliber generates several million dollars of annual revenue from the sale of its cigarettes in Colorado through distributors and retailers in Colorado.

10. In Colorado, Edgefield brand cigarettes are currently sold at an average retail price of $3.80 per pack and Echo brand cigarettes are currently sold at an average retail price of $5.40 per pack.

## II. Section 10 Will Impede Xcaliber's Ability To Compete in Colorado and Could Drive Xcaliber Out Of The Colorado Market

11. As soon as Section 10 is implemented, the drastic price increases required by Section 10 for Xcaliber products will cause Xcaliber to start to lose customers and good will and will impede Xcaliber's ability to compete and sell product in Colorado.

12. Xcaliber's Edgefield cigarettes currently sell for approximately $3.80 per pack. With the new $1.10 in excise tax imposed by Bill, a pack of Edgfield cigarettes would increase to approximately $5.10 per pack beginning in January 1, 2021. However, because of the

minimum price requirement, once Section 10 takes effect, Edgefield cigarettes will increase in cost to $7.00 per pack, an additional cost increase of $1.90 per pack. As soon as Section 10 is implemented, Edgefield and Echo brand smokers will no longer be incentivized to purchase Edgefield or Echo brand cigarettes because Xcaliber's deep discount price will be eliminated.

13. The elimination of Xcaliber's ability to sell at lower prices will cause it to lose market share and sales in Colorado. As a result of the implementation of Section 10, Xcaliber anticipates it could lose a significant portion of their $2.6 million in annual sales in Colorado, and could ultimately be driven out of the Colorado market.

14. Xcaliber sets its prices nationally, through a MLP, and cannot change its prices to account for the laws in only a single state. If Xcaliber attempted to set a higher wholesale price for cigarettes directed for sale in Colorado, Colorado retailers could by-pass the higher state-specific price and purchase Xcaliber cigarettes from distributors who sell them at the MLP national price.

15. If Xcaliber were to raise its MLP nationally, it would lose market share everywhere, as it will in Colorado. The national loss of revenue and market share would be catastrophic for Xcaliber and severely harm its ability to remain in business.

16. Even if Section 10 ultimately is ruled unconstitutional, Xcaliber will be unable to regain its market share and will be irreparably harmed if Section 10 is allowed to take effect on January 1, 2021, before this case is resolved.

I declare under penalty of perjury that the above is true and correct, and that I executed this declaration this 18TH day of November 2020.

Derrick Taylor