IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-03107-RM-KLM

JENNIFER ANN SMITH, a citizen and taxpayer of
the State of Colorado,
LIGGETT GROUP LLC,
VECTOR TOBACCO INC., and
XCALIBER INTERNATIONAL LTD., LLC,

      Plaintiffs,

v.

STATE OF COLORADO, by and through JARED S.
POLIS, in his official capacity as Governor of
Colorado,
PHILIP J. WEISER, in his official capacity
as Attorney General of Colorado, and
HEIDI HUMPHREYS, in her official capacity as Interim
Executive Director of the Colorado Department of
Revenue,

      Defendants.

_____

**ORDER**
_____

      This matter is before the Court on the parties' motion concerning their proposed Stipulated Protective Order, seeking to have the Court adopt such order and retain jurisdiction of this action after its conclusion for the purposes of enforcing the Protective Order. After reviewing the Protective Order, the Court finds the motion may be granted, subject to the following.

      First, the Court made minor grammatical edits, e.g., adding apostrophes, and changed the references in paragraphs 6 and 13 in the Protective Order. Both paragraphs refer to paragraphs 7 and 8; however, based on the Court's reading of the Protective Order, the references should be to

paragraphs 9 and 10. If the Court has misread or misunderstood the parties' intent, the parties shall file a status report by 5:00 p.m. today, December 7, 2020, to address this issue.

Second, the parties are reminded that notwithstanding the parties' agreement, which the Court is approving, any filing which seeks to be "sealed," i.e., restricted, must still comply with the requirements of D.C.COLO.LCivR 7.2 and the applicable law. According, it is

**ORDERED** that the parties' motion for the entry of the Stipulated Protective Order (ECF No. 39) is GRANTED as stated herein and such order shall be issued concurrently with this Order; and

**FURTHER ORDERED** that, if appropriate, the parties shall file a status report by 5:00 p.m. today, December 7, 2020.

DATED this 7th day of December, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge