## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03107-RM-KLM

JENNIFER ANN SMITH, a citizen and taxpayer of
the State of Colorado, LIGGETT GROUP LLC,
VECTOR TOBACCO INC., and XCALIBER
INTERNATIONAL LTD., LLC,

Plaintiffs,

v.

STATE OF COLORADO, by and through JARED S.
POLIS, in his official capacity as Governor of
Colorado, PHILIP J. WEISER, in his official capacity
as Attorney General of Colorado, and HEIDI
HUMPHREYS, in her official capacity as Interim
Executive Director of the Colorado Department of
Revenue,

Defendants.

**DECLARATION OF PAUL J. BURGO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO INTERVENORS' MOTION FOR PROTECTIVE ORDER (DKT. NO. 61)**

I, Paul J. Burgo, an attorney duly admitted to the practice of law in the State of New York and before the United States District Court for the District of Colorado, declare and state as follows:

1. I am a partner with the law firm of Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019, counsel for plaintiffs in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Opposition to Intervenors' Motion for Protective Order (Dkt. No. 61).

3. A true and correct copy of excerpts from the transcript of the December 17, 2020 deposition of Cary Kennedy in this action is annexed hereto as **Exhibit A**.

4. A true and correct copy of a document produced by defendants in this action, bearing Bates number SOC_000278, is annexed hereto as **Exhibit B** .

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration this 8th day of January, 2021.

          */s/ Paul J. Burgo*
          PAUL J. BURGO